**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| PAULA R. FRYER,            )<br>                                          )<br>     Plaintiff,             )<br>                                          )<br>v.                                       )<br>                                          )<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration  )<br>     Defendant.         ) | **Case No. 2:11-CV-00151 JTK** |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 16th day of July, 2012.

_____
United States Magistrate Judge

1